Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wallace Townsend* for petitioners.

No. 146. R. E. CRUMMER & Co. *v.* WARE ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert J. Pleus* for petitioner.

No. 147. OLDS ET AL. *v.* TOWN OF BELLEAIR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners. *Mr. O. K. Reaves* for respondent.

No. 148. MILLER ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD Co. ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Mr. Theodore Lockyear* for petitioners. *Mr. William L. Craig* for respondents.

No. 152. TERHUNE ET AL., EXECUTORS, *v.* WELCH, COLLECTOR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Clement R. Lamson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent. *Messrs. Hugh Satterlee* and *Wm. R. Green, Jr.* filed a brief, as *amici curiae,* in support of the petition.

No. 153. LUCKENBACH STEAMSHIP Co., INC. *v.* SOCIETA ANONIMA PARTECIPAZIONI INDUSTRIALI COMMER-